UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN WOODMARK CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-168 (LO/IDD) |
| ) | |
| JS INTERNATIONAL, INC. ) | |
| ) | |
| and ) | |
| ) | |
| INSTOCK KITCHENS LLC ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in the captioned matter hereby dismiss all asserted claims pending in the referenced civil action with prejudice.

The parties have entered into a settlement agreement resolving all claims in the referenced civil action. The court shall retain jurisdiction over the parties and the action for purposes of interpreting and enforcing the settlement agreement.

Respectfully submitted,

_/s/ Ian D. Titley_
Ian D. Titley (VSB #27531)
Gavin Law Offices, PLC
2500 Gaskins Road, Suite B
Richmond, Virginia 23238
Telephone: (804) 364-0405
Facsimile: (888) 411-6914
idt@gavinlawoffices.com

*Counsel for Plaintiff AWC*

Respectfully submitted,

_/s/ Eric C. Rusnak_
Eric C. Rusnak (VA Bar #65895)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
eric.rusnak@klgates.com

*Attorneys for Defendant
JS International, Inc.*

Of Counsel:

Christopher Centurelli (*pro hac vice*)
Phi Lan Tinsley (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
christopher.centurelli@klgates.com
philan.tinsley@klgates.com

THUS DONE AND SIGNED at this 2nd day of Nov, 2011.

So Ordered

/s/
Liam United States District Court Judge
United States District Judge